MARTA DOBROWOLSKA, A Minor, and PAWEL DOBROWOLSKI, A Minor, by and through their Guardian Ad Litem, Robert Dobrowolski, and ROBERT DOBROWOLSKI, Individually v. MICHAEL W. WALL and THE CITY OF GREENSBORO

No. 270PA00

` (Filed 1 February 2002)

On appeal of right of a constitutional question pursuant to N.C.G.S. § 7A-30(1) and on discretionary review pursuant to N.C.G.S. § 7A-31 to review a unanimous decision of the Court of Appeals, 138 N.C. App. 1, 530 S.E.2d 590 (2000), affirming in part and reversing and remanding in part an order for summary judgment entered by Morgan (Melzer A., Jr.), J., on 14 August 1998 in Superior Court, Guilford County. Heard in the Supreme Court 12 March 2001.

*Fisher, Clinard & Craig, PLLC, by John O. Craig, III, and Shane T. Stutts, for plaintiff-appellees.*

*Hill, Evans, Duncan, Jordan & Davis, P.L.L.C., by Polly D. Sizemore and Joseph P. Gram, for defendant-appellant City of Greensboro.*

*Womble Carlyle Sandridge & Rice, P.L.L.C., by Burley B. Mitchell, Jr., and Tamara P.W. Desai, on behalf of the North*

**IN RE APPEAL OF WALLIN**

[355 N.C. 206 (2002)]

*Carolina Association of County Commissioners, amicus curiae.*

*North Carolina League of Municipalities, by Andrew L. Romanet, Jr., General Counsel, and Gregory F. Schwitzgebel III, Assistant General Counsel, amicus curiae.*

*Smith Helms Mulliss & Moore, L.L.P., by James G. Middlebrooks and T. Jonathan Adams, on behalf of the North Carolina Council of School Attorneys, amicus curiae.*

*Tharrington Smith, L.L.P., by Michael Crowell and Deborah Stagner, on behalf of North Carolina School Boards Association, amicus curiae.*

*Blanchard, Jenkins, Miller & Lewis, P.A., by E. Hardy Lewis, on behalf of the North Carolina Academy of Trial Lawyers, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED IN PART; APPEAL DISMISSED *EX MERO MOTU* IN PART.